U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 2 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD MAYNOR BLACKSTOCK<br>    Fed. Reg. No. 09936-062 | CIVIL ACTION NO. 1:07-CV-2135 |
| VS. | SECTION P<br>JUDGE DRELL |
| WARDEN JOE KEFFER, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for "Writ of Habeas Corpus Ad Subjiciendum According to the Course of the Common Law Arising Under Article I Section 9 of the Federal Constitution" [rec. doc. 1], the "Application for Federal Writ of Habeas Corpus Under 28 U.S.C. §2241 (This is Not a Code Habeas Corpus)" [rec. doc. 4], and the "Errata Writ of Habeas Corpus Ad Subjiciendum According to the Course of the Common Law Arising under Article I Section 9 of the Federal Constitution" [rec. doc. 5] be **DENIED AND DISMISSED** with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 25th day of March, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE