My Hand,

*Richard Mayan Blackstock*

## Certificate of Service

I certify that a true and correct copy of this Habeas Corpus with all of the Attachments and attached Affidavit of two pages was personally served upon Joe Keffer, Warden of the UPS Pollock, US Penitentiary or his authorized agent, to wit:

**UPS Pollock**
**US Pententiary**
**Grand Parish**
**P.O. Box 1000**
**Pollock, Louisiana, 71467.**

Date _____

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 0 8 2008

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

1:07CV2135
Blackstock v. Keffer

_____
Signature

ORDER

DENIED. RULE 52 IS NOT APPLICABLE TO THIS CASE.

ALEXANDRIA, LOUISIANA, APRIL 8, 2008

*[signature]*
DISTRICT JUDGE

Motion for Findings of Fact and Conclusions of Law          Page 4 of 4